# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joshua Lee, | ) | Case No.  1:17-cr-249 |
| | ) | |
| Defendant. | ) | |

Defendant was previously ordered detained pending a final hearing on the petition for revocation of supervised release on May 11, 2021.  He is presently being housed at the Cass County jail in Fargo, North Dakota.

On April 28, 2021, defendant filed a motion for reconsideration of its order of detention. (Doc. No. 112).  Defendant has secured a a placement at an inpatient treatment facility in Lantana, Florida, operated by AION Health Group ("AION"). He requests to be released on April 30, 2021, so that he can travel to and participate in AION's treatment program.  He has provided the court with a detailed travel itinerary.

There being no objection from the United States and finding defendant's travel itinerary acceptable,  the court **GRANTS** defendant's motion (Doc. No. 112).  Defendant shall be released no earlier than 11:30 a.m. to his sister, Rebecca Lyson, for transport to the airport in Fargo, from where he will depart for Florida.  Upon arriving in Florida, defendant shall immediately report to AION's inpatient treatment facility.  While on release, defendant remains subject to and shall comply with the conditions of supervised release previously imposed by the court.  Defendant shall also comply with the following conditions:

(1)     Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(4) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(5) Defendant shall reside at AION's treatment facility, fully participate in its programming, and comply with all of its rules and regulations. Upon his arrival at the facility, defendant shall contact Probation Officer Travis Dienslake at (701) 297-7249. He shall thereafter report to the Probation Office as it directs.

(6) Defendant shall sign all releases of information requested by the Pretrial Services Officer so that defendant's progress and participation in treatment may be monitored.

(7) Upon his discharge from the treatment program, defendant shall immediately return Fargo, North Dakota, and report to the United States Marshal's office with the understanding that he shall be detained pending further order of the court.

(8) At least four days before defendant's discharge, or upon termination from, the inpatient program, defendant shall provide the court with a travel itinerary back to North Dakota

**IT IS SO ORDERED**.

Dated this 29th day of April, 2021.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court